**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Joakelle PORTER, Defendant— Appellant.**

**No. 08–10040.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.\*

Filed March 5, 2009.

Thomas M. O'Connell, Assistant U.S., Office of the U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

Judd C. Iversen, Esquire, Burlingame, CA, Joakelle Porter, San Jose, CA, for Defendant–Appellant.

Appeal from the United States District Court for the Northern District of California, Jeremy D. Fogel, District Judge, Presiding. D.C. No. CR–07–00362–JF.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

### MEMORANDUM \*\*

Joakelle Porter appeals from his guilty-plea conviction and 60–month sentence for possession of a controlled substance, in violation of 21 U.S.C. § 844(a), and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Porter's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**